464 A.2d 535

Commonwealth v. Brown, Appellant.

Argued April 27, 1983. Martin Murray Scoratow, for appellant; Dara A. DeCourcy, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before ROWLEY, POPOVICH and HOFFMAN, JJ.

Judgment of sentence affirmed.

POPOVICH, J. concurred in the result.

464 A.2d 535

Commonwealth v. Byrd, Appellant.

Argued June 9, 1982. Harry C.J. Blair, for appellant; James Martin Connell, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.